**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Ramon Soto

           Plaintiff,

v.

           Case No.: 1:24–cv–03613
           Honorable Joan B. Gottschall

GNC Holdings, LLC

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 28, 2025:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter memorandum opinion and order granting defendant's motion [10] to dismiss the complaint for failure to establish plaintiff's standing under Article III of the Constitution. In accordance with the order, defendant's motion [10] to dismiss the complaint on the merits and its motion [11] to strike the complaint's class action allegations are denied without prejudice. If he wishes to do so, plaintiff is given until and including 03/21/ 2025 to file an amended complaint. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.