**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Ramon Soto, *on behalf of himself and all others similarly situated,* | : : : : |
| Plaintiff, | : : : |
| vs. | : Civil Action No.: 1:24-cv-03613 : |
| GNC Holdings, LLC, | : : : |
| Defendant. | : : |

**RESPONSE TO MINUTE ENTRY OF APRIL 1, 2025**

Plaintiff Ramon Soto ("Plaintiff"), through counsel, respectfully submits this response to the Minute Entry of April 1, 2025, which directed Plaintiff to "tell the court any reason why final judgment should not be entered in accordance with the memorandum opinion and order dated February 28, 2025." (04/01/2025 Entry).

Plaintiff submits this response to note only that the correct course is for the Court to dismiss this action without prejudice. In the February 28, 2025, memorandum opinion and order the Court granted the motion to dismiss for lack of Article III standing. (Doc. No. 24). Where a complaint is dismissed for lack of Article III standing, the matter must be dismissed without prejudice. *Remijas v. Neiman Marcus Grp., LLC*, 794 F.3d 688, 690 (7th Cir. 2015) (*citing Hernandez v. Conriv Realty Assocs.,* 182 F.3d 121, 122 (2d Cir.1999) ("[W]here federal subject matter jurisdiction does not exist, federal courts do not have the power to dismiss with prejudice"); *Carter v. HealthPort Techs., LLC*, 822 F.3d 47, 54 (2d Cir. 2016) (same)).

"[T]here needn't even *be* a separate judgment." *Kaye v. City of Milwaukee*, 258 F. App'x 17, 18 (7th Cir. 2007). And, in a matter in which the Court is dismissing for lack of jurisdiction,

Plaintiff submits the nomenclature of a "judgment" is inappropriate or, at the very least, incorrectly implies a decision on the merits where none has been made.

Thus, for the foregoing, Plaintiff notes that the Court should proceed to dismiss this action without prejudice.

Dated: April 3, 2025                             Respectfully submitted,

                                  By:   */s/ Sergei Lemberg*
                                             Sergei Lemberg
                                             LEMBERG LAW, LLC
                                             43 Danbury Road
                                             Wilton, CT 06897
                                             Telephone: (203) 653-2250
                                             Facsimile: (203) 653-3424
                                             *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. I hereby certify that on April 3, 2025, a copy of the foregoing was filed electronically. Notice of this filing was sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

      */s/ Sergei Lemberg*
      Sergei Lemberg