**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Ramon Soto, *on behalf of himself and all others similarly situated,* | ) ) ) | |
| Plaintiff, | ) ) | Case No. 24-CV-3613 |
| | ) | Honorable Joan B. Gottschall |
| vs. | ) ) | |
| GNC Holdings, LLC, | ) ) | |
| Defendant. | | |

## FINAL JUDGMENT

This case is dismissed without prejudice for lack of subject matter jurisdiction.

Date:  April 14, 2025

/s/ Joan B. Gottschall
United States District Judge